## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

———————————————————————— :
CHERYL GANZ,                          :      CASE NO. 3:19-cv-_____
    Plaintiff,                        :
                                      :
v.                                    :
                                      :
MERCEDES-BENZ USA, LLC; UAG           :
FAIRFIELD CM, LLC; and CAR UNI CT     :
FAIR, LLC,                            :      JULY 16, 2019
    Defendants.                       :
———————————————————————— :

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF CONNECTICUT:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the Defendants, Mercedes-Benz USA,

LLC ("Mercedes"), UAG Fairfield CM, LLC ("UAG"), and Car Uni CT Fair, LLC ("Car Uni")

(together, the "Defendants"), respectfully petition this Court as follows:

1.      An action was commenced against Defendants in the Superior Court of the State of

Connecticut, Judicial District of Stamford, titled *Ganz v. Mercedes-Benz USA, LLC,* No. FST-

CV19-6042503-S (the "State Action").  A copy of the Summons and Complaint is attached hereto

as **Exhibit A**.

2.      Service of the Summons and Complaint was first made upon Defendants, through

their respective agents, on June 17, 2019.  This petition is being filed pursuant to 28 U.S.C. §

1446(b)(3), within thirty (30) days of receipt by Defendants of service; the time for filing this

petition has not expired.

3.      Defendants have not served an answer or responsive pleading to the Complaint. There have been limited proceedings in the State Action.  A copy of the docket sheet is attached hereto as **Exhibit B**.

4.      The Complaint alleges that the Plaintiff, Cheryl Ganz ("Plaintiff") currently resides, and has at all relevant times resided, in the State of Connecticut.  (Complaint, ¶ 1.)

5.      According to the Complaint, each of the Defendants are "foreign" companies. (Complaint, ¶¶ 2-4.)  As reflected in relevant records on file with the Connecticut Secretary of State:

a.      Mercedes is a Delaware limited liability company, whose principals/members are residents of Sandy Springs, Georgia.

b.      UAG is a Delaware limited liability company; and UAG's sole member, UAG Connecticut I, LLC, is a Delaware limited liability company. UAG Connecticut I, LLC's sole member, UAG Connecticut, LLC, is a Delaware limited liability company. UAG Connecticut, LLC's sole member, Penske Automotive Group, Inc., is a Delaware corporation with a principal place of business in Bloomfield Hills, Michigan.

c.      Car Uni is a Delaware limited liability company, whose principals/members are residents of McLean, Virginia.

6.      The amount in controversy exceeds the sum or value of $15,000, exclusive of interest and costs.

7.      Based upon the foregoing, the State Action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441, because this Court has jurisdiction pursuant to 28 U.S.C. § 1332 (diversity).

8.      Venue is proper pursuant to 28 U.S.C. § 1391.

9.      Pursuant to 28 U.S.C. § 1446(d), Defendants have on this date notified the Superior Court of the State of Connecticut of the filing of this petition.  A copy of the Notice of Removal filed in Superior Court is attached hereto as **Exhibit C**.

WHEREFORE, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendants request that this action be removed from the Superior Court of the State of Connecticut and henceforth proceed in this Court.

THE DEFENDANTS,
MERCEDES-BENZ USA, LLC,
UAG FAIRFIELD CM, LLC, AND
CAR UNI CT FAIR, LLC

By: */s/ John C. Pitblado*
        James M. Sconzo (ct04571)
        John C. Pitblado (ct25563)
        CARLTON FIELDS, P.C.
        One State Street, Suite 1800
        Hartford, CT  06103-3102
        Telephone:(860) 392-5000
        Facsimile: (860) 392-5058
        E-mail:     jsconzo@carltonfields.com
                        jpitblado@carltonfields.com
        Their Attorneys

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this 16th day of July, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ John C. Pitblado*
John C. Pitblado

118735198

# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
06/17/2019
CT Log Number 535692696

| | |
|---|---|
| **TO:** | David C. Nelson<br>PENSKE AUTOMOTIVE GROUP, INC.<br>2555 S Telegraph Rd<br>Bloomfield Hills, MI 48302-0974 |
| **RE:** | **Process Served in Connecticut** |
| **FOR:** | UAG FAIRFIELD CM, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CHERYL GANZ, Pltf. vs. MERCEDES-BENZ USA, LLC, et al., Dfts. // To: UAG FAIRFIELD CM, LLC |
| **DOCUMENT(S) SERVED:** | Attachment(s), Summons, Complaint, Demand |
| **COURT/AGENCY:** | Stamford Small Claims Session G.A. #1 Superior Court, CT<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 08/25/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/17/2019 at 17:14 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after the return date 07/16/2019 |
| **ATTORNEY(S) / SENDER(S):** | Jeremy Vishno<br>Vishno Law Firm<br>183 Sherman Street<br>Fairfield, CT 06824<br>203-256-2373 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/18/2019, Expected Purge Date: 06/23/2019<br><br>Image SOP<br><br>Email Notification, David C. Nelson  david.nelson@penskeautomotive.com<br><br>Email Notification, Yolanda Walker  ywalker@penskeautomotive.com<br><br>Email Notification, Dee Thomas  deirdre.thomas@penskeautomotive.com<br><br>Email Notification, Lauren Freund  lfreund@penskeautomotive.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>67 Burnside Ave<br>East Hartford, CT 06108<br>302-658-7581/7582/7583 |

Page 1 of  1 / HM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Commercial Recording Division

# Business Inquiry

## Business Details

| | |
| --- | --- |
| Business Name: | UAG FAIRFIELD CM, LLC |
| Business ID: | 0657009 |
| Business Address: | 102 LINWOOD AVENUE, FAIRFIELD, CT, 06824 |
| Mailing Address: | 102 LINWOOD AVENUE, FAIRFIELD, CT, 06824 |
| Date Inc/Registration: | Jul 20, 2000 |
| Commence Business Date: | Jul 20, 2000 |
| Annual Report Due Date: | 03/31/2020 |

| | |
| --- | --- |
| Citizenship/State Inc: | Foreign/DE |
| Last Report Filed Year: | 2019 |
| Business Type: | Foreign Limited Liability Company |
| Business Status: | Active |
| Name in Place of Formation: | |

## Principals Details

| Name/Title | Business Address | Residence Address |
| --- | --- | --- |
| UAG CONNECTICUT I, LLC MEMBER | 2555 TELEGRAPH RD., BLOOMFIELD HILLS, MI, 48302 | NONE |

## Agent Summary

| | |
| --- | --- |
| Agent Name | C T CORPORATION SYSTEM |
| Agent Business Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 |
| Agent Residence Address | NONE |
| Agent Mailing Address | NONE |

## OTHER ADDRESSES:

Address in the State of Formation: 102 LINWOOD AVENUE, FAIRFIELD, CT, 06824

Mailing Address in the State of Formation: 102 LINWOOD AVENUE, FAIRFIELD, CT, 06824

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



**See other side for instructions**

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

**TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.**

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 123 HOYT ST. STAMFORD CT 06905 | ( 203 )965-5308 | JULY | 16 | 2 019 |
| | | Month | Day | Year |

| [X] Judicial District   [ ] G.A. | [ ] Housing Session   Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) STAMFORD | Case type code *(See list on page 2)* Major: **T**   Minor: **03** |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Jeremy Vishno, Vishno Law Firm 183 Sherman Street, Fairfield, CT 06824 | 402819 |

| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 256-2373 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [X] Yes   [ ] No | Email address for delivery of papers under Section 10-13 *(if agreed to)* jvishno@vishnolaw.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 3 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: **GANZ, CHERYL** Address: **12 OAK LANE, WESTON, CT 06883** | P-01 |
| **Additional Plaintiff** | Name: Address: | P-02 |
| **First Defendant** | Name: **MERCEDES-BENZ USA, LLC BY C T CORPORATION SYSTEM** Address: **67 BURNSIDE AVE., E. HARTFORD 06108-3408** | D-01 |
| **Additional Defendant** | Name: **UAG FAIRFIELD CM, LLC BY C T CORPORATION SYSTEM** Address: **67 BURNSIDE AVE., E. HARTFORD 06108-3408** | D-02 |
| **Additional Defendant** | Name: **CAR UNI CT FAIR, LLC BY CORPORATION SERVICE COMPANY** Address: **50 WESTON ST., HARTFORD CT 06120-1537** | D-03 |
| **Additional Defendant** | Name: Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | [X] Commissioner of the Superior Court [ ] Assistant Clerk | Name of Person Signing at Left Jeremy Vishno | Date signed 06/12/2019 |
|---|---|---|---|

| If this Summons is signed by a Clerk: a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | **For Court Use Only** File Date |
|---|---|
| | A TRUE COPY ATTEST: |
| | CHARLES J. LILLEY STATE MARSHAL/INDIFFERENT PERSON HARTFORD COUNTY |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date 03/14/2018 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE JULY 16, 2019        :       SUPERIOR COURT

CHERYL GANZ                 :       STAMFORD

VS.                            :

MERCEDES-BENZ USA, LLC,      :       JUNE 12, 2019
UAG FAIRFIELD CM, LLC &
CAR UNI CT FAIR, LLC

## COMPLAINT

**COUNT ONE-AS TO** MERCEDES-BENZ USA, LLC

1.      At all times relevant herein, the Plaintiff, Cheryl Ganz, was and is a resident of Weston, Connecticut.

2.      At all times relevant herein, the Defendant, MERCEDES-BENZ USA, LLC ("Mercedes"), was and is a foreign Limited Liability Company with a business address located at 165 Commerce Drive in Fairfield, Connecticut (the "Property").

3.      At all times relevant herein, the defendant UAG Fairfield CM, L.L.C. ("UAG") was a foreign Limited Liability Company, with a business address of 165 Commerce Drive, Fairfield, Connecticut.

4.      At all times relevant herein, the defendant, CAR UNI CT FAIR L.L.C. ("CUCF") was and is a foreign Limited Liability Company, which owned the property located at 165 Commerce Drive, Fairfield, Connecticut, including land and building(s).

5.      At all times relevant herein, Mercedes was open to the public as a car dealership on the property.

1

6.    At all times relevant herein, UAG was doing business as Mercedes Benz of Fairfield, and was open to the public as a car dealership.

7.    At all times relevant herein, Mercedes, through its agents, servants, and/or employees, was in possession and control and was responsible for maintaining the parking on the property, and was otherwise charged with keeping the customer parking area safe for its customers.

8.    On or about August 25, 2017, Ganz parked her car in the customer parking area located at the property, with the intention of entering the Mercedes car dealership as a customer.

9.    At said time and place, and as Ganz was exiting her car and walking in the parking area, in the exercise of due care and caution, and without any negligence on her part, to enter the dealership.

10.   While walking next to her car and toward the entrance Ganz tripped and fell as a result of an unsafe condition on the ground, to wit, a wheel stop which was not clearly visible to her due to its position on the parking lot and/or its coloring.

11.   As a direct result of that trip, Ganz fell violently to the ground and suffered the personal injuries and losses hereinafter set forth.

12.   Ganz's trip and fall and resulting injuries were the direct and proximate result of the negligence and carelessness of Mercedes, its agents and/or employees, in one or more of the following ways:

2

a.   In that the it caused, allowed and/or permitted the surface of said Parking Lot to be in an unsafe and dangerous condition in an area intended for use by pedestrians, including the Plaintiff;

b.   In that the it knew or in the exercise of reasonable care should have known of said hazardous and dangerous condition but failed to take necessary measures to remedy said condition to render the Parking Lot safe for customer and pedestrian traffic;

c.   In that the it failed to warn of the dangerous condition then and there existing by placing warning signs, cones and/or other warning devices on the ground;

d.   In that the it created and/or maintained a dangerous and defective condition, to wit a wheel stop that was improperly situated, colored or otherwise painted with visual cues that would put a person of ordinary prudence on notice of its presence, thus creating a deceptive tripping hazard; and/or

e.   In that it used wheel stops rather than bollards in an area known for an intended use by pedestrians who are entering the dearlership and/or using wheel stops when doing so was both redundant and not the safest method of preventing cars from causing damage to the building and/or persons therein.

13.   As a result of the carelessness and negligence of Mercedes, Ganz suffered the following injuries which are, or are likely to become, permanent in nature:

a.   trauma to her left shoulder, including impingement, torn rotator cuff, surgical pain, scarring as well as pain and limitation of motion and reduced strength;

b.   trauma including abrasions and/or contusions to her right knee;

c.   Mental and physical pain and suffering.

14.   As further direct result of Mercedes' negligence and carelessness, Ganz has been forced, and will continue to undergo, medical treatment and care, including surgical repair of her left shoulder, for which she has been forced to incur medical expenses.

3

15.     As a further direct result of Mercedes' negligence and carelessness, Ganz
        has been forced to consume various medications, undergo various tests,
        x-rays, scans, treatments and physical therapy for which she has incurred
        expenses.

16.     As a further direct result of Mercedes' negligence and carelessness, Ganz
        has decreased mobility and flexibility and is limited in movements of the
        injured body parts described above.

17.     As a further result of her injuries, Ganz has had his ability to enjoy life's
        pleasures interrupted and/or diminished.

## COUNT TWO-AS TO UAG FAIRFIELD CM, LLC

1.      At all times relevant herein, the Plaintiff, Cheryl Ganz, was and is a
        resident of Weston, Connecticut.

2.      At all times relevant herein, the Defendant, MERCEDES-BENZ USA, LLC
        ("Mercedes"), was and is a foreign Limited Liability Company with a
        business address located at 165 Commerce Drive in Fairfield, Connecticut
        (the "Property").

3.      At all times relevant herein, the defendant UAG Fairfield CM, LLC ("UAG")
        was a foreign Limited Liability Company, with a business address of 165
        Commerce Drive, Fairfield, Connecticut.

4.      At all times relevant herein, the defendant, CAR UNI CT FAIR L.L.C.
        ("CUCF") was and is a foreign Limited Liability Company, which owned the

property located at 165 Commerce Drive, Fairfield, Connecticut, including land and building(s).

5.      At all times relevant herein, UAG was doing business as Mercedes Benz of Fairfield, and was open to the public as a car dealership.

6.      At all times relevant hereinUAG, through its agents, servants, and/or employees, was in possession and control and was responsible for maintaining the parking on the property, and was otherwise charged with keeping the customer parking area safe for its customers.

7.      On or about August 25, 2017, Ganz parked her car in the customer parking area located at the property, with the intention of entering the Mercedes car dealership as a customer.

8.      At said time and place, and as Ganz was exiting her car and walking in the parking area, in the exercise of due care and caution, and without any negligence on her part, to enter the dealership.

9.      While walking next to her car and toward the entrance Ganz tripped and fell as a result of an unsafe condition on the ground, to wit, a wheel stop which was not clearly visible to her due to its position on the parking lot and/or its coloring.

10.     As a direct result of that trip, Ganz fell violently to the ground and suffered the personal injuries and losses hereinafter set forth.

11.     Ganz's trip and fall and resulting injuries were the direct and proximate

result of the negligence and carelessness of UAG, its agents and/or

employees, in one or more of the following ways:

a.      In that the it caused, allowed and/or permitted the surface of said
        Parking Lot to be in an unsafe and dangerous condition in an area
        intended for use by pedestrians, including the Plaintiff;

b.      In that the it knew or in the exercise of reasonable care should have
        known of said hazardous and dangerous condition but failed to take
        necessary measures to remedy said condition to render the Parking
        Lot safe for customer and pedestrian traffic;

c.      In that the it failed to warn of the dangerous condition then and
        there existing by placing warning signs, cones and/or other warning
        devices on the ground;

d.      In that the it created and/or maintained a dangerous and defective
        condition, to wit a wheel stop that was improperly situated, colored
        or otherwise painted with visual cues that would put a person of
        ordinary prudence on notice of its presence, thus creating a
        deceptive tripping hazard; and/or

e.      In that it used wheel stops rather than bollards in an area known for
        an intended use by pedestrians who are entering the dearlership
        and/or using wheel stops when doing so was both redundant and
        not the safest method of preventing cars from causing damage to
        the building and/or persons therein.

12.     As a result of the carelessness and negligence of UAG, Ganz suffered the

following injuries which are, or are likely to become, permanent in nature:

a.      trauma to her left shoulder, including impingement, torn rotator cuff,
        surgical pain, scarring as well as pain and limitation of motion and
        reduced strength;

b.      trauma including abrasions and/or contusions to her right knee;

c.      Mental and physical pain and suffering.

13.     As further direct result of UAG's negligence and carelessness, Ganz has

been forced, and will continue to undergo, medical treatment and care,

including surgical repair of her left shoulder, for which she has been forced to incur medical expenses.

14. As a further direct result of UAG's negligence and carelessness, Ganz has been forced to consume various medications, undergo various tests, x-rays, scans, treatments and physical therapy for which she has incurred expenses.

15. As a further direct result of UAG's negligence and carelessness, Ganz has decreased mobility and flexibility and is limited in movements of the injured body parts described above.

16. As a further result of her injuries, Ganz has had his ability to enjoy life's pleasures interrupted and/or diminished.

**COUNT THREE-AS TO CAR UNI CT FAIR, LLC**

1. At all times relevant herein, the Plaintiff, Cheryl Ganz, was and is a resident of Weston, Connecticut.

2. At all times relevant herein, the Defendant, MERCEDES-BENZ USA, LLC ("Mercedes"), was and is a foreign Limited Liability Company with a business address located at 165 Commerce Drive in Fairfield, Connecticut (the "Property").

3. At all times relevant herein, the defendant UAG Fairfield CM, LLC ("UAG") was a foreign Limited Liability Company, with a business address of 165 Commerce Drive, Fairfield, Connecticut.

4. At all times relevant herein, the defendant, CAR UNI CT FAIR L.L.C. ("CUCF") was and is a foreign Limited Liability Company, which owned the property located at 165 Commerce Drive, Fairfield, Connecticut, including land and building(s).

5. At all times relevant herein, UAG was doing business as Mercedes Benz of Fairfield, and was open to the public as a car dealership.

6. At all times relevant herein CUCF, through its agents, servants, and/or employees, was in possession and control and was responsible for maintaining the parking on the property, and was otherwise charged with keeping the customer parking area safe for its customers.

7. On or about August 25, 2017, Ganz parked her car in the customer parking area located at the property, with the intention of entering the Mercedes car dealership as a customer.

8. At said time and place, and as Ganz was exiting her car and walking in the parking area, in the exercise of due care and caution, and without any negligence on her part, to enter the dealership.

9. While walking next to her car and toward the entrance Ganz tripped and fell as a result of an unsafe condition on the ground, to wit, a wheel stop which was not clearly visible to her due to its position on the parking lot and/or its coloring.

10. As a direct result of that trip, Ganz fell violently to the ground and suffered the personal injuries and losses hereinafter set forth.

11.   Ganz's trip and fall and resulting injuries were the direct and proximate

result of the negligence and carelessness of CUCF, its agents and/or

employees, in one or more of the following ways:

    a.   In that the it caused, allowed and/or permitted the surface of said
Parking Lot to be in an unsafe and dangerous condition in an area
intended for use by pedestrians, including the Plaintiff;

    b.   In that the it knew or in the exercise of reasonable care should have
known of said hazardous and dangerous condition but failed to take
necessary measures to remedy said condition to render the Parking
Lot safe for customer and pedestrian traffic;

    c.   In that the it failed to warn of the dangerous condition then and
there existing by placing warning signs, cones and/or other warning
devices on the ground;

    d.   In that the it created and/or maintained a dangerous and defective
condition, to wit a wheel stop that was improperly situated, colored
or otherwise painted with visual cues that would put a person of
ordinary prudence on notice of its presence, thus creating a
deceptive tripping hazard; and/or

    e.   In that it used wheel stops rather than bollards in an area known for
an intended use by pedestrians who are entering the dearlership
and/or using wheel stops when doing so was both redundant and
not the safest method of preventing cars from causing damage to
the building and/or persons therein.

12.   As a result of the carelessness and negligence of CUCF, Ganz suffered

the following injuries which are, or are likely to become, permanent in

nature:

    a.   trauma to her left shoulder, including impingement, torn rotator cuff,
surgical pain, scarring as well as pain and limitation of motion and
reduced strength;
    b.   trauma including abrasions and/or contusions to her right knee;
    c.   Mental and physical pain and suffering.

13.    As further direct result of CUCF's negligence and carelessness, Ganz has

been forced, and will continue to undergo, medical treatment and care,

including surgical repair of her left shoulder, for which she has been forced

to incur medical expenses.

14.    As a further direct result of CUCF's negligence and carelessness, Ganz

has been forced to consume various medications, undergo various tests,

x-rays, scans, treatments and physical therapy for which she has incurred

expenses.

15.    As a further direct result of CUCF's negligence and carelessness, Ganz

has decreased mobility and flexibility and is limited in movements of the

injured body parts described above.

16.    As a further result of her injuries, Ganz has had his ability to enjoy life's

pleasures interrupted and/or diminished.

**WHEREFORE**, the Plaintiff claims:

Money damages as to all counts, including fees and costs of suit

THE PLAINTIFF

Jeremy Vishno
Vishno Law Firm
183 Sherman Street
Fairfield, CT 06824
p.203-256-2373
f.203-286-1367
jvishno@vishnolaw.com
Juris # 402819

A TRUE COPY
ATTEST:

CHARLES J. LILLEY
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

10

RETURN DATE JULY 16, 2019          :          SUPERIOR COURT

CHERYL GANZ                        :          STAMFORD

VS.                                :

MERCEDES-BENZ USA, LLC,            :          JUNE 12, 2019
UAG FAIRFIELD CM, LLC &
CAR UNI CT FAIR, LLC

### AMOUNT IN DEMAND

The amount in demand is in excess of FIFTEEN THOUSAND ($15,000.00)

DOLLARS excluding interest and costs.

THE PLAINTIFF

BY: _____

Jeremy Vishno,
Vishno Law Firm
183 Sherman Street
Fairfield, CT 06824
p. 203-256-2373
f. 203-850-7462
juris #402819
jvishno@vishnolaw.com

A TRUE COPY
ATTEST:

CHARLES J. LILLEY
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

11

# EXHIBIT B



**State of Connecticut Judicial Branch**
**Superior Court E-Filing**

| | |
|---|---|
| E-Services Home | **Attorney/Firm: CARLTON FIELDS P.C. (420124)**      **E-Mail: harecf@cfdom.net**   Logout |
| - | |
| E-Services Inbox (18) | ☛ **FST-CV19-6042503-S GANZ, CHERYL v. MERCEDES-BENZ USA, LLC Et Al** |
| - | **Prefix/Suffix:** [none] **Case Type:** T03      **File Date:** 06/28/2019      **Return Date:** 07/16/2019 |
| Superior Court E-Filing | |
| **Civil/Family** | **Case Detail**      Notices      History      Scheduled Court Dates      Help Manual |
| **Housing** | |
| **Small Claims** | |

<u>To receive an email when there is activity on this case, click here.</u>☛

**The logged in Juris Number is not appearing on this case.  Select "Go" to e-file an appearance.**

Select Case Activity:  [E-File an Appearance ▾]  [Go]

Information updated as of: 07/16/2019

| Case Information |
|---|
| **Case Type:** T03 - Torts - Defective Premises - Private - Other |
| **Court Location:** Stamford JD |
| **List Type:** No List Type |
| **Trial List Claim:** |
| **Last Action Date:** 06/28/2019  (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|
| **Disposition Date:** |
| **Disposition:** |
| **Judge or Magistrate:** |

| Party & Appearance Information | | | |
|---|---|---|---|

| Party | No Fee Party | Party Category | Party Type |
|---|---|---|---|
| **P-01  CHERYL GANZ** | | Plaintiff | Person |
| **Attorney:** ☛ JEREMY G VISHNO (402819)   File Date: 06/28/2019<br>183 SHERMAN STREET<br>FAIRFIELD, CT 06824 | | | |
| **D-01  MERCEDES-BENZ USA, LLC**<br>Non-Appearing | | Defendant | Firm or Corporation |
| **D-02  UAG FAIRFIELD CM, LLC**<br>Non-Appearing | | Defendant | Firm or Corporation |
| **D-03  CAR UNI CT FAIR, LLC**<br>Non-Appearing | | Defendant | Firm or Corporation |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an ☛ in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims case with a return date on or after January 1, 2014 are available publicly over the internet.* For more informatio on what you can view in all cases, view the <u>Electronic Access to Court Documents Quick Card</u>.
- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicl over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can viewed by clicking the **Notices** tab above and selecting the link.*
- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*
- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*
- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 1 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the publi
online And can only be viewed in person at the clerk's office where the file is located by those authorized by law
court order to see them.

| | | | Motions / Pleadings / Documents / Case Status | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 06/28/2019 | P | SUMMONS | |
| | 06/28/2019 | P | COMPLAINT | |
| 100.30 | 06/28/2019 | P | RETURN OF SERVICE | No |

| | | Scheduled Court Dates as of 07/15/2019 | | |
|---|---|---|---|---|
| | FST-CV19-6042503-S - GANZ, CHERYL v. MERCEDES-BENZ USA, LLC Et Al | | | |
| # | Date | Time | Event Description | Status |
| | | No Events Scheduled | | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed.  To
check location information about an ADR event, select the **Notices** tab on the top of the case detail
page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as
scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by
the parties as required by the calendar notices and the civil or family standing orders. Markings
made electronically can be viewed by those who have electronic access through the Markings History
link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained
through the clerk's office. If more than one motion is on a single short calendar, the calendar will be
listed once on this page. You can see more information on matters appearing on Short Calendars and
Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short
Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a
period of time, from one year to a maximum period of ten years, after the disposition date. If the
Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information
will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases
for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly
reveal the identity or location of a protected party may not be displayed and may be available only at the
courts.

Copyright © 2019, State of Connecticut Judicial Branch

# EXHIBIT C

 

**State of Connecticut Judicial Branch**
**Superior Court E-Filing**

| | |
|---|---|
| E-Services Home | **Attorney/Firm:** CARLTON FIELDS P.C. (420124)     **E-Mail:** harecf@cfdom.net   Logout |
| E-Services Inbox (18) | 🖙 **FST-CV19-6042503-S** GANZ, CHERYL v. MERCEDES-BENZ USA, LLC Et Al |
| - | **Prefix/Suffix:** [none]  **Case Type:** T03    **File Date:** 06/28/2019    **Return Date:** 07/16/2019 |
| **Superior Court E-Filing** | |
| Civil/Family | **Case Detail**      Notices     History      Scheduled Court Dates        Help Manual |
| Housing | |
| Small Claims | |
| | To receive an email when there is activity on this case, click here. |
| E-File a New Case | |
| | Select Case Activity: [ E-File a Pleading or Motion ▼ ] [Go] |
| **E-File on an** | |
| **Existing Case** | Information updated as of: 07/16/2019 |
| By Docket Number | |
| By Party Name | **Case Information** |
| List My Cases | **Case Type:** T03 - Torts - Defective Premises - Private - Other |
| - | **Court Location:** Stamford JD |
| **Court Events** | **List Type:** No List Type |
| By Date | **Trial List Claim:** |
| By Juris Number | **Last Action Date:** 07/16/2019  (The "last action date" is the date the information was entered in the |
| By Docket Number | system) |
| - | |
| **Short Calendars** | **Disposition Information** |
| Markings Entry | **Disposition Date:** |
| Markings History | **Disposition:** |
| My Short Calendars | **Judge or Magistrate:** |
| By Court Location 🖙 | |
| Calendar Notices 🖙 | **Party & Appearance Information** |
| - | |

| Party | No Fee Party | Party Category | Party Type |
|---|---|---|---|
| **P-01  CHERYL GANZ** | | Plaintiff | Person |
| **Attorney:** 🖙 JEREMY G VISHNO (402819)   File Date: 06/28/2019<br>183 SHERMAN STREET<br>FAIRFIELD, CT 06824 | | | |
| **D-01  MERCEDES-BENZ USA, LLC** | | Defendant | Firm or Corporation |
| **Attorney:** 🖙 CARLTON FIELDS P.C. (420124)   File Date: 07/16/2019<br>❗NEW  ONE STATE STREET<br>SUITE 1800<br>HARTFORD, CT 06103 | | | |
| **D-02  UAG FAIRFIELD CM, LLC** | | Defendant | Firm or Corporation |
| **Attorney:** 🖙 CARLTON FIELDS P.C. (420124)   File Date: 07/16/2019<br>❗NEW  ONE STATE STREET<br>SUITE 1800<br>HARTFORD, CT 06103 | | | |
| **D-03  CAR UNI CT FAIR, LLC** | | Defendant | Firm or Corporation |
| **Attorney:** 🖙 CARLTON FIELDS P.C. (420124)   File Date: 07/16/2019<br>❗NEW  ONE STATE STREET<br>SUITE 1800<br>HARTFORD, CT 06103 | | | |

Left sidebar additional items:
My Shopping Cart (0)
My E-Filed Items
-
Pending
Foreclosure Sales 🖙
-
Search By Property Address
-

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🖙 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information o what you can view in all cases, view the Electronic Access to Court Documents Quick Card.
- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly ov the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewe by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*
- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*
- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 06/28/2019 | P | SUMMONS | |
| | 06/28/2019 | P | COMPLAINT | |
| | 07/16/2019 | D | APPEARANCE !NEW Appearance | |
| 100.30 | 06/28/2019 | P | RETURN OF SERVICE | No |

| Scheduled Court Dates as of 07/15/2019 | | | | |
|---|---|---|---|---|
| FST-CV19-6042503-S - GANZ, CHERYL v. MERCEDES-BENZ USA, LLC Et Al | | | | |
| # | Date | Time | Event Description | Status |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2019, State of Connecticut Judicial Branch